Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant*
*Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMMA PATRICIO,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and DISCOVER BANK,<br><br>    Defendants. | CASE NO.  2:21-cv-00-01868-EAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER FINANCIAL SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Emma Patricio ("Plaintiff") and Defendant Discover Bank ("Discover")[1] stipulate and agree that Discover has up to and including November 19, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide Discover additional time to investigate Plaintiff's allegations and for Discover to prepare a response.  The current deadline to file a response is November 5, 2021.  Therefore, pursuant to LR IA 6-1, this stipulation is timely.

/ / /

/ / /

/ / /

---

[1] By filing this Stipulation, Discover is not waiving any affirmative defenses it may have in this matter, including, but not limited to, lack of personal jurisdiction.

DMFIRM #400369303 v2

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: November 3, 2021.

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant Discover Bank* | FREEDOM LAW FIRM<br><br>By: /s/ Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br>Ghaines@freedomlegalteam.com<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_[signature]_
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2021