**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com

**COUNSEL FOR TRANS UNION LLC**

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EMMA PATRICIO,<br><br>   Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and DISCOVER BANK,<br><br>   Defendants. | Case No. 2:21-cv-01868-JAD-EJY<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Emma Patricio ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

1. On October 8, 2021, Plaintiff filed her Complaint.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 5, 2021.

2. On November 5, 2021, counsel for Trans Union communicated with Plaintiff's counsel via email regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

5265578.1

1

3. The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

4. Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

5. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 6, 2021. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 5th day of November 2021.

QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.

*/s/ Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
COUNSEL FOR TRANS UNION LLC

KIND LAW AND FREEDOM LAW FIRM

*/s/ Gerardo Avalos*
Michael Kind
mk@kindlaw.com
Kind Law
8860 S Maryland Parkway, Suite 106
Las Vegas, NV 89123
(702) 337-2322
(702) 329-5880 Fax
*and*
George Haines
ghaines@freedomlegalteam.com
Gerardo Avalos

2

5265578.1

Freedom Law Firm
8985 S Eastern Ave, Suite 350
Las Vegas, NV 89123
(702) 880-5554
(702) 385-5518 Fax
***Counsel for Plaintiff***

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 5, 2021

5265578.1

3